UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ELBA REYNOSO,

                          Plaintiff,

            -against-

BARRY LEVINE, ET AL.,

                       Defendants,
------------------------------------------------------------ X

19 Civ. 151 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    It is hereby ORDERED that by **June 25, 2020**, the parties shall file a joint letter on the outcome of the additional mediation held on June 18, 2020.

Dated: June 23, 2020
       New York, New York

                                                    **LORNA G. SCHOFIELD**
                                           **UNITED STATES DISTRICT JUDGE**