UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
  ELBA REYNOSO,                                             :
                                   Plaintiff,               :
                                                            :   19 Civ. 151 (LGS)
                  -against-                                 :
                                                            :   ORDER
  BARRY LEVINE, ET AL.,                                     :
                                   Defendants,              :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, by Order at Dkt. No. 37, the jury trial is currently scheduled to commence on December 1, 2020, at 9:45 a.m., or the Court's first available date thereafter;

    WHEREAS, by Standing Order dated April 20, 2020, 20-mc-197, the conduct of jury trials was suspended due to COVID-19.  It is hereby

    **ORDERED** that the parties are advised that jury trials will resume, and the jury trial in this action is in line to proceed the week of December 1, 2020.  The parties shall be ready to proceed on 24 hours' notice on or after December 1, 2020.  It is further

    **ORDERED** that the final pre-trial conference will take place telephonically on **November 23, 2020, at 11:30 a.m.** on the following conference call line:  888-363-4749, access code: 558-3333.  The time of the conference is approximate, but the parties shall be ready to proceed by that time.

Dated: September 4, 2020
       New York, New York

                                                             LORNA G. SCHOFIELD
                                            UNITED STATES DISTRICT JUDGE