UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                   :

ELBA REYNOSO,                       :

                     Plaintiff,   :

                                 :       19 Civ. 151 (LGS)

            -against-            :

                                 :          ORDER

FEDERAL EXPRESS CORPORATION,    :

                   Defendant.  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS trial in this matter is scheduled for the week of December 1, 2020 (Dkt. No.

38).  It is hereby

      **ORDERED** that by **November 6, 2020**, the parties shall file a joint letter describing the

status of any ongoing or anticipated settlement discussions.


Dated: November 4, 2020
       New York, New York

                                          LORNA G. SCHOFIELD
                                  UNITED STATES DISTRICT JUDGE