UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ELBA REYNOSO,
                                Plaintiff,

                      -against-                      19 Civ. 151 (LGS)

                                                  ORDER
FEDERAL EXPRESS CORPORATION et al.,
                                Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS the final pre-trial conference in this action is scheduled for November 23, 2020, and trial is scheduled to begin on December 1, 2020, at 9:45 a.m.  It is hereby

       **ORDERED** that due to (i) restrictions on courtroom gatherings in the two weeks following major holiday periods because of COVID-19, (ii) the limited number of courtrooms available and (iii) the Southern District of New York's preference for holding criminal trials before civil trials, the trial scheduled for December 1, 2020, at 9:45 a.m., is **adjourned** to **May 10, 2021, at 9:45 a.m.**, or the Court's first available date thereafter.  That date is the first available for this trial, and this matter is second in line on the Court's trial-ready calendar for May.  The parties shall be ready to proceed on 24 hours' notice on or after May 10, 2021.  It is further

       **ORDERED** that the final pre-trial conference scheduled for November 23, 2020, is **adjourned** to **April 22, 2021 at 11:30 a.m.**, on the following conference call line:  888-363-4749, access code: 558-3333. The time of the conference is approximate, but the parties shall be ready to proceed by that time.

Dated: November 13, 2020
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE