

JOSEPH A. GINARTE ✴
MICHAEL A. GALLARDO ☐
RICHARD M. WINOGRAD ▾☐
MANUEL GONZALEZ ▴
MARK MAURER ☐
LEWIS ROSENBERG ◊ 3
STEVEN R. PAYNE ☐ ◦
ROBERT H. BAUMGARTEN ☐ ▾ 3
JOHN J. RATKOWITZ ▴ 3
PATRICK M. QUINN +
JAMES P. KRUPKA ▴
JOHN M. PIRO ☐
TIMOTHY NORTON +
CHRISTOPHER IAVARONE ▴
DANIEL L. MAISEL ▴
MICHAEL L. EDELMAN ☐
ALAN T. GRENING ▹
NICHOLAS BLATTI +
BRADLEY R. LAWRENCE ☐
JOEL M. CELSO •
PAUL D. FILE   ✴
JONATHAN SAKS +
SEAN T. PAYNE ☐

ATTORNEYS AT LAW

The Woolworth Building
233 Broadway, 24th Floor
NEW YORK, NY 10279

(212) 601-9700
FAX: (646) 381-1672

WWW.GINARTE.COM
Ginarte ® is a registered trademark in the U.S. Patent and Trademark Office

November 13, 2020

NEWARK
NEW YORK
UNION CITY
ELIZABETH
CLIFTON
PERTH AMBOY
QUEENS
NEW BRUNSWICK

▾ CERTIFIED CIVILTRIAL ATTORNEY  3 OF COUNSEL
+ ADMITTED TO NY
☐ ADMITTED TO NJ & NY
✴ ADMITTED TO NJ, NY & DC
◊ ADMITTED TO NY & MA
▴ ADMITTED TO NJ
◦ ADMITTED TO CALIFORNIA
▹ ADMITTED TO NJ & PA
• ADMITTED TO NY & MD
♦ ADMITTED TO NJ, NY & CT

ROGER GUARDA,  CLAIMS MGR.

EDELMAN & EDELMAN 3
JOSEPH P. CARFORA 3
DARREN T. SUELTO 3

**BY ELECTRONIC FILING:**
Hon. Lorna G. Schofield, U.S.D.J.
United States District Court, Southern District of New York
550 Pearl Street
New York, New York 10007

   Re: **ELBA REYNOSO v. FEDERAL EXPRESS CORPORATION and BARRY LEVINE**
     Civil Case No.: 1:19-cv-00151-LGS
     Our File No.: 251509

Dear Judge Schofield:

  Our office represents the Plaintiff Elba Reynoso in the above entitled matter and submit this correspondence jointly with defense counsel concerning the Order issued today adjourning the trial previously scheduled for December 1, 2020 until May 10, 2021. The Order further adjourned our final pre-trial conference scheduled for November 23, 2020 until April 22, 2021.

  In light of this lengthy adjournment, the parties jointly respectfully request additional time to collaborate and submit the Joint Proposed Voir Dire, Joint Jury Instructions and Joint Verdict Sheet on a date to be ordered by the Court.

Thank you for the Court's kind attention to this matter.

Respectfully submitted,

*Richard M. Winograd*

Richard M. Winograd, Esq.
Ginarte Gallardo Gonzalez Winograd, LLP
Attorney of Plaintiff
Elba Reynoso
233 Broadway, Suite 2405
New York, New York 10279
(212) 601-9700

cc:   Counsel of Record (Via ECF)

The application is GRANTED. By **April 1, 2021**, the parties shall jointly file the proposed voir dire, verdict form, jury instructions and any memorandum of law, as provided in the Individual Rules.

SO ORDERED

Dated:  November 16, 2020
        New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**