UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ELBA REYNOSO,
                                Plaintiff,

                                19 Civ. 151 (LGS)

              -against-

                                ORDER

FEDERAL EXPRESS CORPORATION et al.,
                                Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order, dated March 1, 2021 (Dkt. No. 59), directed the parties to propose Mondays in the third quarter of 2021 for trial, and the parties have proposed such dates (Dkt. No. 60). Accordingly, it is hereby

**ORDERED** that the jury trial in this action shall begin on **September 27, 2021, at 9:45 a.m.,** subject to the need for, and availability of, suitable courtrooms for jury trials during a pandemic. The final pre-trial conference will be set closer to the trial date. It is further

**ORDERED** that by **May 1, 2021**, the parties shall jointly file the proposed voir dire, verdict form, jury instructions and any memorandum of law, as provided in the Individual Rules.

Dated: March 17, 2021
       New York, New York

                                              LORNA G. SCHOFIELD
                                              UNITED STATES DISTRICT JUDGE