```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/28/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ELBA REYNOSO,

                         **Plaintiff,**                        19-CV-00151 (LGS) (SN)

    -against-                                         **ORDER**

FEDERAL EXPRESS CORPORATION, et al.,

                         **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      In light of Judge Lorna G. Schofield's July 27, 2021 Order addressing the parties' motions in limine, the parties are directed to contact the Court immediately if they believe a settlement conference would be productive. Should the parties wish to schedule a settlement conference, they should contact Courtroom Deputy Rachel Slusher by email at Rachel_Slusher@nysd.uscourts.gov with three (3) mutually convenient dates. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least four to six weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

**SO ORDERED.**

                                                                  _____
                                                                   SARAH NETBURN
                                                                   United States Magistrate Judge

DATED:      July 28, 2021
                 New York, New York