UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                                            :
ELBA REYNOSO,                                               :
                                    Plaintiff,              :
                                                            :          19 Civ. 151 (LGS)
                       -against-                            :
                                                            :              ORDER
BARRY LEVINE, et al.,                                       :
                                    Defendants.             :
                                                            :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, a jury trial is scheduled in this matter beginning October 18, 2021, at 9:45

a.m., subject to the availability of courtrooms during the COVID-19 pandemic.

       WHEREAS, the case is scheduled as a back-up for the week of October 18, 2021, and

could go to trial any day of that week on 24 hours' notice.  It is hereby

       **ORDERED** that the parties shall appear for the final pre-trial conference on **September**

**30, 2021, at 4:00 p.m.**, on the following conference call line:  888-363-4749, access code 558-

3333.  The parties shall provide, on a CD, an electronic version of all trial exhibits at least two (2)

weeks prior to the final pre-trial conference.

Dated: September 7, 2021
      New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE