UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ELBA REYNOSO,
                            Plaintiff,

                -against-

BARRY LEVINE, et al.,
                            Defendants.
------------------------------------------------------------X

19 Civ. 151 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a jury trial is scheduled in this matter for October 18, 2021, at 9:45 a.m., subject to the availability of courtrooms during the COVID-19 pandemic, and the final pre-trial conference is scheduled for September 30, 2021.  It is hereby

**ORDERED** that the jury trial scheduled for October 18, 2021, at 9:45 a.m., is **adjourned** to **January 18, 2022, at 9:45 a.m.**, subject to the availability of courtrooms during the COVID-19 pandemic.  It is further

**ORDERED** that the final pre-trial conference scheduled for September 30, 2021, at 4:00 p.m., is **adjourned** to **January 6, 2022, at 4:00 p.m.**, on the following conference call line: 888-363-4749, access code 558-3333.

Dated: September 21, 2021
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**