UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ELBA REYNOSO,
                              Plaintiff,

-against-                                               19 Civ. 151 (LGS)

                                                        ORDER
BARRY LEVINE, et al.,
                              Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the Court has been informed that the parties have reached a potential settlement in this matter. It is hereby

       **ORDERED** that the parties shall submit a joint letter by **November 9, 2021**, providing an update on the status of their settlement discussions.

Dated: November 4, 2021
       New York, New York

                                                               LORNA G. SCHOFIELD
                                                      UNITED STATES DISTRICT JUDGE