UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
ELBA REYNOSO,                                               :
                                        Plaintiff,          :
                                                            :          19 Civ. 151 (LGS)
-against-                                                   :
                                                            :               ORDER
BARRY LEVINE, et al.,                                       :
                                        Defendants.         :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, a conference was held on November 18, 2021, to discuss the upcoming trial

in this case and the status of the parties' settlement discussions.  It is hereby

        **ORDERED** that by **November 23, 2021**, the parties shall file a joint letter stating

(1) whether they intend to file an amended proposed joint final pretrial order and (2) whether they

intend to schedule another settlement conference with Judge Netburn per the discussion at the

conference.

Dated:  November 18, 2021
        New York, New York

                                                    LORNA G. SCHOFIELD
                                                  UNITED STATES DISTRICT JUDGE